


# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.

DAIRY FRESH FOODS, INC.,

    Defendant.

_____/

Case: 2:07-cv-14085
Assigned To: Steeh, George Caram
Referral Judge: Whalen, R. Steven
Filed: 09-27-2007 At 01:05 PM
CMP: EEOC V. DAIRY FRESH FOODS INC
(NH)

**COMPLAINT AND JURY TRIAL DEMAND**

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race, color and retaliation, and to provide appropriate relief to former employee Charlie Taylor ("Taylor"), who was adversely affected by such practices. The Commission alleges that Defendant, Dairy Fresh Foods, ("Defendant") subjected Taylor to a racially hostile environment, and retaliated against him by terminating his employment.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Michigan, Southern Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Dairy Fresh Foods, Inc. (the "Employer") has continuously been a Michigan corporation doing business in the State of Michigan, City of Taylor, and has continuously had at least 15 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Taylor filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least January 2006, Defendant Employer has engaged in unlawful employment practices at its Taylor, Michigan facility in violation of Sections 703(a) and 704(a) of Title VII, 42 U.S.C. § 2000e-2(a) and 2000e-3(a). The Defendant's unlawful employment practices include subjecting Taylor to a hostile work environment because of his race and color, and terminating his employment in retaliation for protesting the discrimination.

8. The effect of the unlawful conduct complained of in paragraph 7, above, has been to deprive Taylor of equal employment opportunities and otherwise adversely to affect his status

2

as an employee.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally-protected rights of Taylor.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from subjecting its employees to a hostile work environment on the basis of race and/or color, and from retaliating against those who engage in activity protected by Title VII.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for those who engage in activity protected by Title VII, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Taylor by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial.

D. Order Defendant Employer to make whole Taylor, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including uncovered medical expenses, in amounts to be proven at trial.

E. Order Defendant Employer to make whole Taylor by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including emotional distress, embarrassment, humiliation and inconvenience,

in amounts to be proven at trial.

F. Order Defendant Employer to pay Taylor punitive damages for its malicious or reckless conduct described in paragraph 7 above, in amounts to be proven at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

### JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

DATED: September 27, 2007

LAURIE YOUNG
Regional Attorney

DEBORAH BARNO (P44525)
Supervisory Trial Attorney

TRINA R. MENGESHA (P59458)
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

DETROIT FIELD OFFICE
Patrick V. McNamara Building
477 Michigan Avenue, Room 865
Detroit, Michigan 48226
Telephone: (313)226-4620
e-mail: trina.mengesha@eeoc.gov

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DEFENDANTS
DAIRY FRESH FOODS, INC.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Wayne
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Trina R. Mengesha, Trial Attorney (P59458)
Equal Employment Opportunity Commission
477 Michigan Avenue, Room 865, Detroit, MI 48226 (3130 226-4620

Attorneys (If Known)

County in which this action arose  Wayne

## II. BASIS OF JURISDICTION (Select One Box Only)
☒ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

Case: 2:07-cv-14085
Assigned To: Steeh, George Caram
Referral Judge: Whalen, R. Steven
Filed: 09-27-2007 At 01:05 PM
CMP: EEOC V. DAIRY FRESH FOODS INC
(NH)

## IV. NATURE OF SUIT (Select One Box Only)

Civil Rights: ■ 442 Employment

## V. ORIGIN (Select One Box Only)
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991
Brief description of cause:
To correct unlawful employment practices on the basis of race, color and retaliation.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: September 27, 2007
SIGNATURE OF ATTORNEY OF RECORD: /s/ Trina R. Mengesha

FOR OFFICE USE ONLY
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

TO LOCAL RULE 83.11

Is this a case that has been previously dismissed? ☐ Yes ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :