UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,                                              No. 07-14085

       Plaintiff,                                    District Judge George Caram Steeh

v.                                                       Magistrate Judge R. Steven Whalen

DAIRY FRESH FOODS, INC.,

       Defendant.
_____/

**ORDER**

On May 20, 2008, the Court took under advisement that part of Defendant's Motion to Compel Discovery [Docket #9] dealing with a document as to which Plaintiff EEOC claimed deliberative process privilege. The Court ordered Plaintiff to submit the document for an *in camera* review.

The Court has now reviewed the document in question, and finds that it is protected from discovery by the deliberative process privilege. Under the framework set forth in *Schell v. U.S. Department of Health & Human Services*, 843 F.2d 933, 940 (6th Cir. 2008), the document is both pre-decisional and deliberative. While it does contain some statements that might be characterized as facts, any factual material is inseparably intertwined with opinions and recommendations. "In some circumstances, ... the disclosure of even purely factual material may so expose the deliberative process within

-1-

an agency that it must be deemed exempted [from discovery]." *Id., quoting Mead Data Central, Inc. v. United States Department of Air Force,* 566 F.2d 242, 256 (D.C.Cir.1977).

Accordingly, Defendant motion to compel discovery of this document [Docket #9] is DENIED.

SO ORDERED.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: May 27, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 27, 2008.

        S/Gina Wilson
        Judicial Assistant